# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

HAI DUC VU,

    Petitioner,

    v.

J. JOHNSON,

    Respondents.

Case No. 5:26-cv-01769-AH-DFM

Order Accepting Report and
Recommendation of
United States Magistrate Judge

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.      The Petition for Writ of Habeas Corpus is GRANTED IN PART.

2.      Respondents shall immediately release Petitioner from custody subject to the terms of his preexisting conditions in effect prior to March 18, 2026.

3.      The parties are ordered to file a compliance status report within twenty-four (24) hours.

Date: APRIL 27, 2026            _____
                                ANNE HWANG
                                United States District Judge