JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| HAI DUC VU,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON,<br><br>Respondents. | Case No. 5:26-cv-01769-AH-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED IN PART. Respondents shall immediately release Petitioner from custody subject to the terms of his preexisting conditions in effect prior to March 18, 2026. The parties are ordered to file a compliance status report within twenty-four (24) hours.

Date: APRIL 27, 2026

_____
ANNE HWANG
United States District Judge